# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION NOS. |
|  | : |  |
| BREMER, ET AL. | : | 02-4189 |
| GAUT, ET AL. | : | 02-4491 |
| DEMETRI, ET AL. | : | 02-4495 |
| PEREZ, ET AL. | : | 02-4507 |
| SPARMAK | : | 02-4539 |
| DUNCAN | : | 02-4544 |
| BANGERTER | : | 02-4794 |
| ABRAHAM, ET AL. | : | 02-4827 |
| ABRAHAMS, ET AL. | : | 02-4832 |
| ALARCON, ET AL. | : | 02-4869 |
| ALLEN, ET AL. | : | 02-4889 |
| BONOAN | : | 02-4937 |
| BRADFORD | : | 02-4940 |
| BARTHOLOMEW, ET AL. | : | 02-4942 |
| D'AMBRA, ET AL. | : | 02-4961 |
| EYNON, ET AL. | : | 02-5006 |
| DAVIS | : | 02-5026 |
| CREAMER | : | 02-5064 |
| CRIST | : | 02-5065 |
| GOTTLIEB, ET AL. | : | 02-5089 |
| GIVENS, ET AL. | : | 02-5091 |
| WOODS, ET AL. | : | 02-5144 |
| WHEAT, ET AL. | : | 02-5166 |
| WOLFARD, ET AL. | : | 02-5169 |
| WILSON | : | 02-5197 |
| THOMAS | : | 02-5213 |
| TUPAS | : | 02-5226 |
| MEFFERT, ET AL. | : | 02-5265 |
| LEVY | : | 02-5268 |
| HUH, ET AL. | : | 02-5291 |
| CHAIDEZ | : | 02-5302 |
| CARTIER, ET AL. | : | 02-5340 |
| HEFLIN, ET AL. | : | 02-5374 |
| SLAUGHTER | : | 02-5420 |
| SANTOS | : | 02-5426 |
| SWISS | : | 02-5448 |
| NUNEZ, ET AL. | : | 02-5455 |
| LEFFINGWELL, ET AL. | : | 02-5481 |
| LOBELLO, ET AL. | : | 02-5484 |
| JOHNSTON | : | 02-5501 |

| | | |
|---|---|---|
| SHERMAN | : | 02-5528 |
| SILVERBLATT | : | 02-5535 |
| ST. JOHN | : | 02-5547 |
| CENTENO, ET AL. | : | 02-5595 |
| COHAN, ET AL. | : | 02-5605 |
| CENTORE, ET AL. | : | 02-5614 |
| COLEMAN | : | 02-5621 |
| MAREZ | : | 02-5694 |
| MARTINEZ | : | 02-5695 |
| MACDONALD | : | 02-5705 |
| O'HARA | : | 02-5733 |
| REINOSA, ET AL. | : | 02-5752 |
| REEDER, ET AL. | : | 02-5762 |
| RAYBON, ET AL. | : | 02-5823 |
| RIZZOLI, ET AL. | : | 02-5824 |
| RODRIGUEZ, ET AL. | : | 02-5830 |
| PRESSON, ET AL. | : | 02-5883 |
| PRASAD, ET AL. | : | 02-5884 |
| KAYLOR, ET AL. | : | 02-5919 |
| MORELLI, ET AL. | : | 02-5932 |
| VASQUEZ | : | 02-5949 |
| HAYWARD | : | 02-5966 |
| INNOCENZI | : | 02-5995 |
| HENRY | : | 02-5997 |
| DICKENS | : | 02-6049 |
| ELLIS | : | 02-6071 |
| CHIN, ET AL. | : | 02-6083 |
| BROOKS | : | 02-6090 |
| TANNOUS, ET AL. | : | 02-6113 |
| MERRITT, ET AL. | : | 02-6115 |
| CROUCH, ET AL. | : | 02-6162 |
| CRESCINES, ET AL. | : | 02-6163 |
| TIPTON, ET AL. | : | 02-6193 |
| GATTON | : | 02-6199 |
| PORTER | : | 02-6235 |
| LAUBERT | : | 02-6242 |
| SHADBURN, ET AL. | : | 02-6282 |
| SINGH, ET AL. | : | 02-6296 |
| ROSEN, ET AL. | : | 02-6327 |
| BUCHITE, ET AL. | : | 02-6330 |
| SMITH, ET AL. | : | 02-6337 |
| MCFARLAND, ET AL. | : | 02-6373 |
| EDWARDS, ET AL. | : | 02-6391 |
| LEONARD, ET AL. | : | 02-6422 |
| MADIGAN, ET AL. | : | 02-6424 |

| | | |
|---|---|---|
| KONG, ET AL. | : | 02-6453 |
| CUSTODIO, ET AL. | : | 02-6476 |
| GARCIA | : | 02-6487 |
| MENDOZA | : | 02-6493 |
| WYAN, ET AL. | : | 02-6511 |
| COLMENARES, ET AL. | : | 02-6538 |
| | : | |
| VS. | : | |
| | : | |
| BAYER CORPORATION, *et al.* | : | |

## O R D E R

**AND NOW,** this         day of August, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[    ]   -   Order staying these proceedings pending disposition of a related action.

[    ]   -   Order staying these proceedings pending determination of arbitration proceedings.

[    ]   -   Interlocutory appeal filed.

[ X ]   -   Other: <u>Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota</u>.

It is

**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____
**PETRESE TUCKER, Judge**