UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| PLAINTIFF | | CIVIL ACTION NOS. |
|---|---|---|
| Gonzalez, Oscar | : | 02-CV-3281 |
| Goto, Tacashi | : | 02-CV-3922 |
| Hersh, Dan and Pamela | : | 02-CV-4104 |
| Santos, Ricardo | : | 02-CV-4106 |
| Barth, Donna | : | 02-CV-4107 |
| Byron, Virginia | : | 02-CV-4108 |
| Bick, Dorothy | : | 02-CV-4109 |
| Kocarek, Dolores and Miro | : | 02-CV-4110 |
| Balliro, Josephine | : | 02-CV-4111 |
| Ruffalo, Clara and Tony | : | 02-CV-4112 |
| Davis, Clinnie | : | 02-CV-4113 |
| Ramirez, Juan and Araceli | : | 02-CV-4114 |
| Tracy, Clint and Karyn | : | 02-CV-4115 |
| Russell, Roy and Betty Mae B. | : | 02-CV-4116 |
| Mohr, Ursula and Henry | : | 02-CV-4117 |
| Rackley, Marie and Robert H. | : | 02-CV-4118 |
| Sanchez, Orlando and Adela | : | 02-CV-4119 |
| Nelson, Linda and Stanley | : | 02-CV-4120 |
| Rocha, Esperanza and Michael | : | 02-CV-4121 |
| Rogers, Lesley | : | 02-CV-4122 |
| Theodoran, Roberta | : | 02-CV-4123 |
| Allen, James | : | 02-CV-4124 |
| Thompson, Daniel and Loretto | : | 02-CV-4125 |
| Hernandez, Delsino and Livier | : | 02-CV-4126 |
| Russell, Alma and Alec | : | 02-CV-4127 |
| Harcourt, Marion and Alice | : | 02-CV-4128 |
| Sadeik, Maureen | : | 02-CV-4129 |

*M0371089.DOC*

| | | |
|---|---|---|
| Duxbury, Sue | : | 02-CV-4130 |
| Alcala, Manuel | : | 02-CV-4131 |
| Brewer, Leanthe | : | 02-CV-4132 |
| Hayward, Robert and Maria | : | 02-CV-4133 |
| Kuehl, Robert and Joann | : | 02-CV-4134 |
| Bush, Dorothy | : | 02-CV-4135 |
| Angel, Mattie | : | 02-CV-4136 |
| Clipson, Bonnie | : | 02-CV-4137 |
| Cardashiam, Michael | : | 02-CV-4138 |
| Cavitt, Charles | : | 02-CV-4139 |
| Bush, Daisy | : | 02-CV-4140 |
| Dellolio, Giusette | : | 02-CV-4141 |
| Drentlaw, David | : | 02-CV-4142 |
| Cosenza, Carmen | : | 02-CV-4146 |
| Stopher, Samuel | : | 02-CV-4147 |
| Hibma-Canario, Gwen and Jack | : | 02-CV-4152 |
| Hood, Rosa and Harold M. | : | 02-CV-4154 |
| Ashton, Mark and Patricia | : | 02-CV-4155 |
| Langston, Veronica | : | 02-CV-4157 |
| McNally, Shirley and Daniel L. | : | 02-CV-4159 |
| Durham, Ruth | : | 02-CV-4160 |
| Deruntz, Rita | : | 02-CV-4162 |
| Simmons, Irene and Franklin | : | 02-CV-4164 |
| Hickman, Barbara and William C. | : | 02-CV-4166 |
| Quillen, Harry and Melva | : | 02-CV-4167 |
| Post, Jonathan and Susan | : | 02-CV-4168 |
| Wage, Ruperto and Florentina | : | 02-CV-4169 |
| Pallera, Dalisay and Jose | : | 02-CV-4170 |
| McKenzie, Gwendolyn and Jim | : | 02-CV-4171 |
| Vargas, Esperanza and Eugene | : | 02-CV-4172 |
| Nunnery, Rosalind and Calvin | : | 02-CV-4173 |
| Simmons, Lillie and Cornez | : | 02-CV-4174 |

*M0371089.DOC*

| | | |
|---|---|---|
| Wainer, Brian and Kandice | : | 02-CV-4177 |
| Siegel, Loran and Lorise B. | : | 02-CV-4178 |
| Zingale, Joseph and Joan | : | 02-CV-4179 |
| Walsh, Kevin and Regina | : | 02-CV-4181 |
| Walsh, Phil and Patricia Ann | : | 02-CV-4183 |
| Smythe, Betty and Jack | : | 02-CV-4185 |
| Wallace, Larry and Pauline | : | 02-CV-4186 |
| Copenhaver, Jean and Lloyd | : | 02-CV-4187 |
| Bailey, Jim and Kathy | : | 02-CV-4188 |
| Bremer, Helen and Walter | : | 02-CV-4189 |
| Everett, Donald and Mary | : | 02-CV-4191 |
| Castelaz, Donald and Beverly | : | 02-CV-4192 |
| Anderson, Doris and Weldon | : | 02-CV-4193 |
| Beiderman, Donald | : | 02-CV-4194 |
| Correa, Mathew and Ansje H. | : | 02-CV-4195 |
| Constance, Walter and Barbara | : | 02-CV-4196 |
| Shapiro, Anne | : | 02-CV-4198 |
| Van Streepen, Joe and Linda | : | 02-CV-4199 |
| Varner, Johnny and Leisa | : | 02-CV-4200 |
| Nelson, Pamela and Howard | : | 02-CV-4204 |
| Perera, Wilbert | : | 02-CV-4205 |
| Rempis, Wilfredo and Latisha | : | 02-CV-4207 |
| Quitasol, Frank and Faustina | : | 02-CV-4209 |
| Ugarte, Maria and Wilfredo | : | 02-CV-4210 |
| Pickner, Lucille | : | 02-CV-4213 |
| Johnson, Joseph and Alice | : | 02-CV-4216 |
| Johnson-Chandler, Barbara, et al | : | 02-CV-4217 |
| Finch, Donald and Annie | : | 02-CV-4219 |
| Barber, John and Brenda | : | 02-CV-4220 |
| Forster, Nancy and Harlan | : | 02-CV-4222 |
| Blair, Victor and Pauline | : | 02-CV-4223 |
| Brown, Darrel and Bertina | : | 02-CV-4224 |

| | | |
|---|---|---|
| Dry, Janice and Kenneth | : | 02-CV-4225 |
| Ewing, Angela and Clarence | : | 02-CV-4226 |
| Cagape, Evelyn and Jose | : | 02-CV-4227 |
| Casto, Gordon and Jessie | : | 02-CV-4228 |
| Brundle, Harry and Cathy Ziska | : | 02-CV-4229 |
| Collins, Francoise and William | : | 02-CV-4230 |
| Bailey, Victoria | : | 02-CV-4231 |
| Bruno, Joseph | : | 02-CV-4232 |
| Burns, William and Elizabeth | : | 02-CV-4233 |
| Bossi, Virginia and Ben | : | 02-CV-4234 |
| Abercrombie, Kathy and Frederick | : | 02-CV-4235 |
| Burnett, James and Letha A. | : | 02-CV-4236 |
| Cook, Wambi | : | 02-CV-4237 |
| Berumen, Emilio and Rita | : | 02-CV-4238 |
| Dahl, Marianne and Gordon | : | 02-CV-4239 |
| Bridge, Richard and Ellen | : | 02-CV-4240 |
| Monzon, Victor and Maria | : | 02-CV-4241 |
| West, Barbara and Jesse R. | : | 02-CV-4242 |
| Terilli, Peter and Vada | : | 02-CV-4243 |
| Whiteside, Don and Linda L. | : | 02-CV-4245 |
| Risley, Frank and Barbara | : | 02-CV-4246 |
| Partie, William and Arlene | : | 02-CV-4247 |
| Tkach, Olga | : | 02-CV-4248 |
| Perry, Laniese | : | 02-CV-4249 |
| Pearson, Edward and Elizabeth | : | 02-CV-4250 |
| Siminuk, Mike and Anne | : | 02-CV-4251 |
| Wood, Denese and Richard | : | 02-CV-4252 |
| Wolfson, Gerald | : | 02-CV-4253 |
| Montanez, Natividad and Candido | : | 02-CV-4254 |
| Russ, Angela and Charles | : | 02-CV-4255 |
| Napier, Virgil and Doris L. | : | 02-CV-4256 |
| Steinhauer, Mary and Albert | : | 02-CV-4257 |

*M0371089.DOC*

| | | |
|---|---|---|
| Pineda-Dermody, Miriam | : | 02-CV-4258 |
| Rigel, Elmer and Wanda | : | 02-CV-4259 |
| Powers, Pattie and Sammy | : | 02-CV-4260 |
| Starman, Kathleen and Duane | : | 02-CV-4261 |
| Sebestyen, Joseph and Carolyn | : | 02-CV-4262 |
| Ritthaler, Mark and Bridget K. | : | 02-CV-4263 |
| Schulein, Marjorie and Joseph K. | : | 02-CV-4264 |
| Platamone, Peter and Ruth T. | : | 02-CV-4265 |
| Razo, Dora | : | 02-CV-4269 |
| Nitzko, Hans and Ursula | : | 02-CV-4270 |
| Mouser, Verna and John A. | : | 02-CV-4271 |
| Santos, Horacio and Cecilia | : | 02-CV-4272 |
| Pinedo, Dorothy and Manuel | : | 02-CV-4273 |
| Skeels, Albert and Jennifer | : | 02-CV-4274 |
| Maxwell, Guy Anna and Richard L. | : | 02-CV-4275 |
| Zambrano, John and Carolyn | : | 02-CV-4276 |
| Stefan, William and Marjorie | : | 02-CV-4277 |
| Wong, Janice and Frank | : | 02-CV-4278 |
| Walker, Robert and Richie | : | 02-CV-4279 |
| Montgomery, Betty and Robert | : | 02-CV-4280 |
| Miller, Mark and Aurora Morenzo | : | 02-CV-4281 |
| Sandoval, Jake and Marie | : | 02-CV-4282 |
| Walker, Earl and Leola | : | 02-CV-4283 |
| Santos, Leonida | : | 02-CV-4284 |
| Anctil, Margaret | : | 02-CV-4285 |
| Foss, Joyce and Carroll J. | : | 02-CV-4286 |
| Christianson, Larry and Darlene | : | 02-CV-4287 |
| Michalik, Julian and Martha | : | 02-CV-4288 |
| Chapman, James and Wanda Jo | : | 02-CV-4289 |
| Emerson, Virgil and Linda | : | 02-CV-4290 |
| Tresslar, Nola and Guy | : | 02-CV-4291 |
| Fisher, Ronald and Helen | : | 02-CV-4293 |

*M0371089.DOC*

| | | |
|---|---|---|
| Tkacs, Kimberly | : | 02-CV-4294 |
| Dehogues, Raul and Pansey | : | 02-CV-4295 |
| Conley, Betty and Robert | : | 02-CV-4296 |
| Ashcraft, Lennie | : | 02-CV-4297 |
| Collier, Willie and Robert | : | 02-CV-4298 |
| Price, Shelby | : | 02-CV-4299 |
| Johnson, Claudia | : | 02-CV-4300 |
| Duncan, Virgil and Nina | : | 02-CV-4301 |
| Dents, Emery and Sandy | : | 02-CV-4303 |
| Peach, Bill and Rose Dunham | : | 02-CV-4304 |
| Starr, Diane | : | 02-CV-4305 |
| Dolan, Bernard and Marilyn | : | 02-CV-4306 |
| Shulda, Frieda | : | 02-CV-4307 |
| Charboneau, Jean | : | 02-CV-4308 |
| Claunch, Cynthia | : | 02-CV-4309 |
| Frieden, Jean and David | : | 02-CV-4310 |
| Gardia, Michael | : | 02-CV-4311 |
| Gladhart, Sarah and Harry | : | 02-CV-4312 |
| Dimanlanta, Fernando | : | 02-CV-4313 |
| Duran, Elmo and Olivia | : | 02-CV-4314 |
| Fortunato, Joseph and Elizabeth | : | 02-CV-4315 |
| Evans, Ruby and Jeremiah | : | 02-CV-4316 |
| Dubois, Alexandra | : | 02-CV-4317 |
| Fowler, David and Ruth D. | : | 02-CV-4319 |
| Stamper, Margaret | : | 02-CV-4321 |
| Jurotich, Carol | : | 02-CV-4322 |
| Deibert, Peter and Ruth | : | 02-CV-4323 |
| Plaehn, Frederick | : | 02-CV-4324 |
| Dixon, Orbree and E.C. Morris | : | 02-CV-4325 |
| Fonooni, Akbar and Arezoo | : | 02-CV-4326 |
| Eduvala, Evelina and Edwardo | : | 02-CV-4327 |
| Burke-Sherman, Catherine | : | 02-CV-4366 |

*M0371089.DOC*

| | | |
|---|---|---|
| Gaut, Charles and Ella | : | 02-CV-4491 |
| Diaz, Francisco, et al. | : | 02-CV-4492 |
| Stupke, Deborrah and David | : | 02-CV-4493 |
| Clay, Fred and Maggie | : | 02-CV-4494 |
| Demetri, Linda and Richard | : | 02-CV-4495 |
| Carter, Joan and Clyde | : | 02-CV-4496 |
| Bilinski, Irene and Alexander | : | 02-CV-4497 |
| Fischer, Mary and William | : | 02-CV-4498 |
| Bergman, Claudine and Rynard A. | : | 02-CV-4499 |
| Bowman, Kathleen and Joseph R. | : | 02-CV-4500 |
| Bolen, Cora and Rezin | : | 02-CV-4501 |
| Frisbie, Louis and Carolyn | : | 02-CV-4502 |
| Smith, Nathaniel | : | 02-CV-4503 |
| Southall, Vernay | : | 02-CV-4504 |
| Dundov, Zdravko and Boska | : | 02-CV-4505 |
| Thomas, Thelma and Edward | : | 02-CV-4506 |
| Perez, Monika and Alfred | : | 02-CV-4507 |
| Bhaerman, Hebe and Leonard | : | 02-CV-4508 |
| Sands, Verna and Debert | : | 02-CV-4509 |
| Ayala, Mario and Gladys | : | 02-CV-4510 |
| Tellis, Charles and Carol | : | 02-CV-4511 |
| Valasquez, Juan and Myruh | : | 02-CV-4512 |
| Woods, Jr., Joseph and Barbara | : | 02-CV-4513 |
| Rubens, Burt and Jeanette | : | 02-CV-4514 |
| Sullivan, John and Beverly | : | 02-CV-4515 |
| Cox, Susie and Charles | : | 02-CV-4516 |
| Raley, Thomas and Bonita | : | 02-CV-4526 |
| Parkllan, Alta and William C. | : | 02-CV-4527 |
| Arciniega, Max and Maria V. | : | 02-CV-4528 |
| Parkllan, William C. and Alta | : | 02-CV-4529 |
| Delarama, Dino | : | 02-CV-4531 |
| Archer, Rebecca | : | 02-CV-4532 |

*M0371089.DOC*

| | | |
|---|---|---|
| Wells, Rita and Ronald E. | : | 02-CV-4533 |
| Clark, Gayle | : | 02-CV-4534 |
| O'Brien, Richard | : | 02-CV-4535 |
| Saunders, George | : | 02-CV-4536 |
| Hill, Jr., Douglas and Christy Lee | : | 02-CV-4537 |
| Anderson, Ronnie | : | 02-CV-4538 |
| Sparmak, William | : | 02-CV-4539 |
| Taylor, Lurel and Major | : | 02-CV-4540 |
| Trent, Robert and Jamie | : | 02-CV-4541 |
| O'Dell, Faye | : | 02-CV-4542 |
| Bain, Luanne | : | 02-CV-4543 |
| Duncan, Jr., Raymond | : | 02-CV-4544 |
| Patridge, Max and Betty | : | 02-CV-4578 |
| Yeram, Roy and Sandra | : | 02-CV-4580 |
| Goins, Robert and Barbara | : | 02-CV-4581 |
| Shuster, Patricia | : | 02-CV-4583 |
| Bedell, Allison and James | : | 02-CV-4592 |
| Williams, Mildred | : | 02-CV-4594 |
| Concialdi, John | : | 02-CV-4598 |
| Martin, Teodoro and Linda | : | 02-CV-4599 |
| Thierry, Carolyn | : | 02-CV-4634 |
| Thomas, Carina | : | 02-CV-4645 |

## STIPULATION TO EXTEND TIME

The undersigned parties, through their respective counsel, hereby stipulate and agree that the time in which Defendant Bayer Corporation ("Bayer") may answer the Complaint is extended until October 10, 2002. Defendant Bayer agrees not to assert an insufficiency of process defense in its Answer.

*M0371089.DOC*

This is the first extension of time granted to Defendant Bayer and does not exceed thirty (30) days.

| | |
|---|---|
| **WEITZ & LUXENBERG, P.C.** | **ECKERT SEAMANS CHERIN & MELLOTT, LLC** |
| By:_____ | By:_____ |
| Jerry Kristal, Esquire<br>PA Bar I.D. No. 38332<br>Franklin P. Solomon, Esquire<br>PA Bar I.D. No. 74231<br>51 Haddonfield Road, Suite 160<br>Cherry Hill, NJ  08002<br>**(Attorneys for Plaintiff)** | Albert G. Bixler, Esquire<br>PA Bar I.D. No. 45639<br>1515 Market Street, Ninth Floor<br>Philadelphia, PA  19102<br>**(Attorney for Defendant Bayer Corporation)** |
| Dated:_____ | Dated:_____ |

**APPROVED:**

_____
                                                **J.**

*M0371089.DOC*